# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In re:** | ) |
| | ) **CHAPTER 7** |
| | ) |
| **KENT DOUGLAS POWELL and** | ) **BANKRUPTCY NO. 12-11140** |
| **HEIDI POWELL,** | ) |
| | ) **RESPONSE TO TRUSTEE'S** |
| | ) **OBJECTION TO EXEMPTIONS** |
| Debtors. | ) |
| | ) |

**COME NOW** the above named debtors by and through their undersigned attorney, **Tom Lester** of the law firm of Lester & Hyldahl, PLLC, in response to the Trustee's Objection to Claimed Exemption for Domain Name, and state that the Debtors believe Trustee's objection is moot in light of the concurrent motion to sell un-exempt equity in domain name back to the Debtors. However, in the event the Court is going to entertain the Trustee's objection, then Debtors request an opportunity to respond.

**RESPECTFULLY SUBMITTED** this 16th day of November, 2016**.**

/s/ Tom Lester
**Tom Lester, WSBA #15814**
Attorney for Debtors

**RESPONSE TO TRUSTEE'S OBJECTION TO EXEMPTIONS -**1-

**Law Offices of**
**LESTER & HYLDAHL, PLLC**
119 N. Commercial St., Ste. 175A
Bellingham, WA 98225
(360) 733-5774

Case 12-11140-MLB    Doc 37    Filed 02/15/17    Ent. 02/15/17 14:02:29    Pg. 1 of 1