UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In re:** ) | |
| ) | **CHAPTER 7** |
| ) | |
| **KENT DOUGLAS POWELL and** ) | **BANKRUPTCY NO. 12-11140** |
| **HEIDI POWELL,** ) | |
| ) | **DEBTORS' SUPPLEMENTAL** |
| ) | **RESPONSE** |
| Debtors. ) | |

**COME NOW** Debtors herein and provide this supplemental response to the Trustee's Motion to Sell Domain Name and Related Contract Rights and Motion to Assume Executory Contract for the Court's consideration as follows:

Debtors' contract with GoDaddy falls into the prohibition identified in 11 U.S.C §365(c)(1)(A). The Trustee's attempts to assume and assign Debtors' contract rights to another individual without the Debtor's consent violates 11 U.S.C §365 (c)(1)(A).

**RESPECTFULLY SUBMITTED** this 12th day of June, 2017.

/s/ Tom Lester
**Tom Lester, WSBA #15814**
Attorney for Debtors

**DEBTORS' SUPPLEMENTAL RESPONSE -**1-

**Law Offices of**
**LESTER & HYLDAHL, PLLC**
119 N. Commercial St., Ste. 175A
Bellingham, WA 98225
(360) 733-5774