Judge Marc L. Barreca
Chapter 7
Hearing Location: Marysville, WA
Hearing Date: July 12, 2017
Hearing Time: 10:00 a.m.
Response Date: July 5, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re:<br><br>KENT DOUGLAS POWELL and<br>HEIDI POWELL,<br><br>    Debtors. | Case No. 12-11140 MLB<br>Chapter 7<br><br>**TRUSTEE'S DECLARATION OF<br>SERVICE UPON GODADDY** |

DENNIS LEE BURMAN declares under penalty of perjury under the laws of the State of Washington that the following is true and correct to the best of my knowledge and belief:

I am the trustee in bankruptcy in this case. I am over eighteen years of age and competent to testify.

On May 15, 2017 I emailed to GoDaddy at courtdisputes@godaddy.com the following documents:

Trustee's Motion to Assume Executory Contract;

Trustee's Motion to Sell Domain Name and Associated Contract Rights;

Trustee's Notice of Hearing on Motion to Assume Executory Contract;

Trustee's Notice of Hearing on Motion to Sell Domain Name and Related Contract Rights;

(proposed) Order Authorizing Trustee's Assumption of Executory Contract; and

(proposed) Order Authorizing Sale of Domain Name and Related Contract Rights.

**TRUSTEE'S DECLARATION OF
SERVICE UPON GODADDY - 1**

Dennis Lee Burman, Attorney at Law
1103 Ninth Street
P.O. Box 1620
Marysville, WA 98270
Phone (360) 657-3332
Fax (360) 657-3522

This emailing was done per GoDaddy's website at

https://ie.godaddy.com/agreements/showdoc.aspx?pageid=CIVIL_SUBPOENA

that states:

**"What is the best way to submit court documents to GoDaddy?**

Litigation or legal dispute court documents can be sent to courtdisputes@godaddy.com. UDRP correspondence can be sent to UDRPdisputes@godaddy.com. Electronic copies via email are preferred and do not need to be followed up with hard copies."

That same website states that "GoDaddy will comply with any Order issued by a court of competent jurisdiction regarding the final disposition of the domain name or website at issue."

Trustee has not received any objection from GoDaddy to Trustee's motions.

/s/ Dennis Lee Burman

_____
DENNIS LEE BURMAN
Date: July 4, 2017   Place: Marysville, WA

**TRUSTEE'S DECLARATION OF
SERVICE UPON GODADDY - 2**

Dennis Lee Burman, Attorney at Law
1103 Ninth Street
P.O. Box 1620
Marysville, WA 98270
Phone  (360) 657-3332
Fax     (360) 657-3522