Entered on Docket July 10, 2017

**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re: ) | Case No. 12-11140 MLB |
| ) | Chapter 7 |
| KENT DOUGLAS POWELL and ) | |
| HEIDI POWELL, ) | **ORDER DENYING WITHOUT** |
| ) | **PREJUDICE TRUSTEE'S MOTION FOR** |
| Debtors. ) | **SALE OF DOMAIN NAME** |
| ) | |

Trustee, Dennis Lee Burman, moved to sell a domain name. Debtors objected. A hearing was held on March 22, 2017. The Court took the matter under advisement. On May 4, 2017 the Court issued its oral ruling by a telephonic conference call with the Trustee and the attorney for the Debtors, Tom Lester.

The Court now incorporates by reference herein its oral findings of fact, conclusions of law, and rulings on May 4, 2017. Now, therefore,

IT IS ORDERED that Trustee's motion to sell the domain name https://www.heidipowell.com is denied without prejudice. Should Trustee bring another motion to sell the domain name, he shall make clear in his motion and notice that he intends on selling

**ORDER DENYING WIHTOUT PREJUDICE
TRUSTEE'S MOTION FOR SALE OF DOMAIN NAME -
1**

Dennis Lee Burman, Attorney at Law
1103 Ninth Street
P.O. Box 1620
Marysville, WA 98270
Phone (360) 657-3332
Fax (360) 657-3522

Case 12-11140-MLB    Doc 72    Filed 07/10/17    Ent. 07/10/17 08:51:38    Pg. 1 of 2

the contract rights associated with the domain name; and he shall notify GoDaddy and all the creditors of the proposed motion.

///END OF ORDER///

Presented by:

/s/ Dennis Lee Burman
_____
DENNIS LEE BURMAN, WSBA #7875
Trustee in Bankruptcy
Copy received, notice of presentation waived, and approved for entry:

/s/ Tom Lester by Dennis Lee Burman per 7/6/17 email authorization
_____
TOM LESTER, WSBA #15814
Attorney for Debtors

**ORDER DENYING WIHTOUT PREJUDICE**
**TRUSTEE'S MOTION FOR SALE OF DOMAIN NAME -**
**2**

Dennis Lee Burman, Attorney at Law
1103 Ninth Street
P.O. Box 1620
Marysville, WA 98270
Phone (360) 657-3332
Fax (360) 657-3522

Case 12-11140-MLB    Doc 72    Filed 07/10/17    Ent. 07/10/17 08:51:38    Pg. 2 of 2