UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>**KENT DOUGLAS POWELL and HEIDI POWELL,**<br><br>Debtors. | ) CHAPTER 7<br>)<br>) BANKRUPTCY NO. 12-11140<br>)<br>) DECLARATION TO CLARIFY IMPACT OF<br>) ANY TRANSFER OF THE<br>) HEIDIPOWELL.COM DOMAIN NAME<br>) |

I, Matthew J. Smith, based on my personal knowledge, declare and state as follows:

1. I have a degree in Cybersecurity from University of Maryland University College.

2. I have the following certifications: Certified Information Systems Security Professional, Certified Information Systems Auditor, Certified Information Privacy Professional, and Certified Fraud Examiner.

3. I am providing this Declaration to assist the court in understanding how the HeidiPowell.com domain name could be used if forcibly transferred from the Debtors.

4. Domain names represent the human side of the human-computer equation of the internet. They are easy to read and remember for people, unlike the internet addresses (known as internet protocol or "IP" addresses) by which computers actually communicate.

5. For every domain name, such as "microsoft.com", there is at least one corresponding IP address. There may be multiple IP addresses behind a domain name, representing multiple servers, in order to handle larger amounts of traffic. This is how the internet handles web traffic: when a user enters "www.microsoft.com" into their browser, the browser queries a Domain Name Server (DNS) to locate the IP assigned to that domain name and route the request to that server.

6. The same goes for email traffic: when a user addresses an email to "CustomerSupport@microsoft.com", a DNS server will inform the user's mail server to which IP

address to route the email. The domain owner controls which IP addresses, and thus the servers and computers behind them, that are assigned to a particular domain. This means that any email addressed to a particular domain will be received by the current domain owner. For example, an email sent to "CustomerSupport@microsoft.com" today would go to that account at the Microsoft's mail server. If, overnight, Microsoft released the "microsoft.com" domain and someone else took control, the same Customer Support email address would route an email to the new domain owner's mail server tomorrow. The owner of that account would receive that email in their Inbox as normal and be able to open and retrieve any data or message it contained. The sender would receive no notification that anything had changed.

7. Further, the target email account (in this example, "CustomerSupport") doesn't need to be recreated by the new owner of the domain, or to even exist, for messages directed to the email address to be received by the new owner of the domain. Unregistered email accounts may trigger a non-delivery message back to the sender, but the messages can be stored, retrieved, and read by the party with control of the domain. Standard email is unencrypted and would be visible in plain text to anyone with administrative access to the mail server associated with the domain.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2017.

/s/ *Matthew J. Smith*
Matthew J. Smith