Jacob DeGraaff
Henry, DeGraaff & McCormick, P.S.
1833 N. 105th St.
Suite 203
Seattle, WA 98133
(206) 330-0595
jacobd@hdm-legal.com

The Honorable Marc L. Barreca
CHAPTER 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

KENT DOUGLAS POWELL and

HEIDI POWELL,

Debtor(s).

Case No. 12-11140-MLB

**DECLARATION OF JACOB D. DEGRAAFF IN SUPPORT OF DEBTORS' MOTION TO IMPOSE STAY OF ORDER PENDING APPEAL**

I, Jacob D. DeGraaff, declare as follows:

1. I am an attorney admitted to practice before this Court and am counsel with the firm of Henry, DeGraaff & McCormick, P.S. ("HDM"). I am one of the attorneys representing Heidi and Kent Powell, the Debtors in this case. I have personal knowledge of the facts stated in this Declaration and am competent to testify to them.

DECLARATION OF JACOB DEGRAAFF IN SUPPORT DEBTORS'
MOTION TO IMPOSE STAY OF ORDER PENDING APPEAL - 1

HENRY, DEGRAAFF & MCCORMICK, P.S
1833 N. 105TH ST., SUITE 203
SEATTLE, WA 98133
V (206) 330-0595
F (206) 400-7609

Case 12-11140-MLB    Doc 81    Filed 08/15/17    Ent. 08/15/17 22:18:12    Pg. 1 of 7

2. On August 15, 2015 I visted https://www.godaddy.com/help/transfer-domain-to-another-registrar-3560 and printed the page in its' entirety, attached here as exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of August, 2017.

/s/ Jacob D. DeGraaff
Jacob D. DeGraaff, WSBA No. 36713
Attorney for Debtors

DECLARATION OF JACOB DEGRAAFF IN SUPPORT DEBTORS' MOTION TO IMPOSE STAY OF ORDER PENDING APPEAL - 2

HENRY, DEGRAAFF & MCCORMICK, P.S
1833 N. 105TH ST., SUITE 203
SEATTLE, WA 98133
V (206) 330-0595
F (206) 400-7609

Case 12-11140-MLB    Doc 81    Filed 08/15/17    Ent. 08/15/17 22:18:12    Pg. 2 of 7

# Exhibit 1



# Transfer domain to another registrar

The process for transferring a domain name registered with GoDaddy to another registrar is not hard, but it does take time. You'll complete some steps with GoDaddy and some steps with the new registrar. The total process can take up to 10 days to complete.

If you want to move a domain name from one GoDaddy account to another GoDaddy account, see Move a domain to another GoDaddy account.

 **Note:** You're not eligible to transfer a domain for a 60-day period after the following events:

• Registering or transferring a domain name
• Updating the registrant contact's organization
• Updating the registrant contact's first or last name and an organization is not listed

You're not eligible to transfer a domain for a 10-day period after changing your domain from one GoDaddy account to another via the Account Change Process.

For more information, see ICANN's Inter-Registrar Transfer Policy and our Domain Name Change of Registrant Agreement.

## To Transfer Domain Names to Another Registrar

Complete the following steps with GoDaddy

 **Required:** If you've just enabled two-step verification on your account, you must wait 72 hours before transferring your domain to another registrar.

- **Verify contact information**: Verify that the administrator's contact information for the domain is correct (or registrant's email for .au domains). All emails regarding the transfer will go to the administrator's email (or registrant's email for .au domains). To review and edit your contact information, see Change domain contact information.
- Unlock your domain
- **Cancel Protected or Private registration**: If the domain has Protected Registration or Private Registration, you'll need to cancel it. For more information, see Cancel Protected Registration or Cancel Private Registration.

Complete the following steps with your new registrar

1. **Get an authorization code**: Check with your new registrar to see if you need an authorization code (EPP code). If you need one, see Get an authorization code to transfer my domain to another registrar.

   **Note:** Many country-code top-level domain names (ccTLDs) don't require an authorization code. However, there are a few exceptions where you'll need to contact customer support to get an authorization code. For more information, see Authorization codes to transfer ccTLDs

   For .uk domain transfers, please contact customer support and have the IPS tag of the new registrar (get this from your new registrar) ready when you call.

2. **Initiate the transfer**: At the new registrar, initiate the transfer and provide the authorization code, if needed. This is different for each registrar, so you may need to consult the other registrar's help or support for specific instructions.

Check the domain's administator's email

1. **Accept or deny the transfer**: GoDaddy will email you instructions to complete the transfer. If you do not accept or deny the transfer request within five days, GoDaddy will automatically accept the transfer for you. For more information, see Accepting or Declining a Transfer to Another Registrar.
2. **Receive confirmation**: GoDaddy will email you confirmation when the transfer is complete.

Was This Article Helpful?

| Yes | No |

## Community Related


Domain Transfer

3 Replies

*Latest posted 10 months ago*


A domain from another registrar points to a godaddy host subfolder

Case 12-11140-MLB    Doc 81    Filed 08/15/17    Ent. 08/15/17 22:18:12    Pg. 5 of 7

*1 Replies*

*Latest posted 2 months ago*



[Domain transfer](#)

*1 Replies*

*Latest posted 3 months ago*

[Domain Transfer](#)

*3 Replies*

*Latest posted 4 months ago*

[Domain Transfer](#)

*6 Replies*

*Latest posted 10 months ago*



[Don't see what you are looking for? Search the Community](#)

## Related Articles

Get an authorization code to transfer my domain to another registrar ▶

Accepting or Declining a Transfer to Another Registrar ▶

Transferring Expired Domain Names ▶

Transfer my domain to GoDaddy ▶

Domain Name Transfer FAQ ▶

About .xxx Domain Names ▶

Update contact information for domains with privacy ▶

## You may also like...

Domain Names | The World's Largest Domain Name Registrar
Products

The 3 Rs of the domain world: Registry, registrar & registrant
Blog

Bulk Domain Transfer | Our Bulk Domain Transfer Tool
Products

How to select a domain name registrar for your online venture
Blog

Buy A Domain | We Have Millions of Domain Names
Products



## Still Need Help?

Chat with our award-winning support team

Chat agents are currently unavailable please call.