# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re:<br><br>KENT DOUGLAS POWELL and HEIDI POWELL,<br>              Debtors.<br><br>KENT DOUGLAS POWELL and HEIDI POWELL,<br>              Appellants,<br>      v.<br>DENNIS LEE BURMAN,<br>              Appellee. | Case No. C17-1268RSL<br><br>Bankr. Case No. 12-11140MLB<br><br>ORDER GRANTING MOTION TO DISMISS |

      This matter comes before the Court on bankruptcy appellants' "Motion to Dismiss." Dkt. # 10. In the above-captioned matter, Kent and Heidi Powell filed an appeal and motion for a temporary restraining order challenging the sale of the domain www.heidipowell.com to a different Heidi Powell, who is apparently a previous cast member on the former ABC reality series "Extreme Weight Loss." The Court denied the motion for a temporary restraining order. Dkt. # 7. Appellants represent they no longer seek relief from the Court, and accordingly move to dismiss this appeal. Dkt. # 10. They also represent that the Chapter 7 trustee, the adverse

ORDER GRANTING MOTION TO DISMISS - 1

1  party in this matter, consents to the appeal's dismissal. Federal Bankruptcy Rule 8023 provides
2  that an appeal may be dismissed upon the parties' agreement. The parties here agree the matter
3  should be dismissed, and the trustee has not filed any responsive pleadings, see Fed. R. Civ. P.
4  41(a)(1).
5      For those reasons, appellants' motion to dismiss, Dkt. # 10, is GRANTED, and their
6  appeal is DISMISSED.

8      DATED this 7th day of November, 2017.

           *Robert S. Lasnik*
           Robert S. Lasnik
           United States District Judge

ORDER GRANTING MOTION TO DISMISS - 2